ACCEPTED
15-25-00100-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 5:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00100-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 5:16:58 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
## for the Fifteenth Judicial District, Austin, Texas

Maria Margarita Rojas; Maternal and Child Healthcare and Research Center LLC d/b/a Clinica Latinoamericana; Clinicas Latinoamericanas; Clinica-Waller Latinoamericana; Clinica-Telge Latinoamericana a/k/a Clinica de la Mujer a/k/a Houston Birth House,

*Defendants-Appellants*,

*v.*

State of Texas,

*Plaintiff-Appellee*

On Appeal from the
506th Judicial District Court, Waller County

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

To the Honorable Fifteenth Court of Appeals:

Appellants Maria Margarita Rojas, et al., move to extend the time to file appellant's reply brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

I.

Appellants filed their brief in this case on May 12, 2025, and Appellee's brief was filed on June 30, 2025. Appellants' Reply Brief was originally due on July 21, 2025. The Court granted Appellants an extension of the due date

to August 29, 2025.  Appellants now request an extension of the due date to September 5, 2025.  This is Appellants' second request for an extension on this brief, and Appellee does not oppose the extension.

II.

This extension is not sought for delay but to accommodate the schedule of Appellants' counsel and to provide adequate time to provide a thorough brief to the Court to address the issues raised in Appellee's brief.  Counsel for Appellants sought their first extension in order to accommodate counsel's other case commitments and out-of-state travel, necessitating the extension.  However, it is now clear that another short extension of one week is necessary to fully address the issues raised in Appellee's brief.

PRAYER

Therefore, Appellants respectfully request that the Court grant an extension of time for filing its brief until September 5, 2025.

Respectfully submitted,

*/s/ Katherine Ginzburg Treistman*
Katherine Ginzburg Treistman  (00796632)
Abby Parsons (24094303)
Leah Schultz (24126910)
Thomas Matthew Hudson (24126650)
ARNOLD & PORTER KAYE SCHOLER LLP
TransCanada Energy Center
700 Louisiana Street, Suite 4000
Houston, Texas 77002
katherine.treistman@arnoldporter.com
abby.parsons@arnoldporter.com
leah.schultz@arnoldporter.com

matt.hudson@arnoldporter.com
Marc Hearron (24050739)
   *Lead Counsel*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Fl.
New York, New York 10038
Tel.: 202.524.5539
mhearron@reprorights.org

Jenna Hudson
CENTER FOR REPRODUCTIVE RIGHTS
1600 K Street, N.W., Suite 700
Washington, D.C. 20006
jhudson@reprorights.org


CERTIFICATE OF CONFERENCE

I certify that on August 19, 2025, I conferred via email with Jeff Stephens, lead counsel for Appellee, and Appellee does not oppose this motion.


*/s/ Katherine Ginzburg Treistman*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Hodges on behalf of Katherine Ginzburg Treistman
Bar No. 796632
catherine.hodges@aporter.com
Envelope ID: 104643999
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Reply Brief
Status as of 8/21/2025 7:01 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Treistman | 796632 | Katherine.Treistman@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |
| Amy Hilton | 24097834 | Amy.Hilton@oag.texas.gov | 8/20/2025 5:16:58 PM | SENT |
| Marc Hearron | 24050739 | MHearron@reprorights.org | 8/20/2025 5:16:58 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 8/20/2025 5:16:58 PM | SENT |
| Thomas Hudson | 24126650 | matt.hudson@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |
| Leah Schultz | 24126910 | leah.schultz@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |
| Abby Lynn Parsons | 24094303 | abby.parsons@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/20/2025 5:16:58 PM | SENT |
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 8/20/2025 5:16:58 PM | SENT |
| Jenna Hudson | | jhudson@reprorights.org | 8/20/2025 5:16:58 PM | SENT |
| Melissa Sanchez | | Melissa.Sanchez@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |
| Catherine Hodges | | catherine.hodges@aporter.com | 8/20/2025 5:16:58 PM | SENT |
| Grace Ojionuka | | grace.ojionuka@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |
| Edockets Calendaring | | eDocketsCalendaring@arnoldporter.com | 8/20/2025 5:16:58 PM | SENT |